No. 27, Misc.   McDONALD *v.* HUDSPETH, WARDEN. Supreme Court of Kansas.   Certiorari denied.

No. 28, Misc.   POWELL *v.* TURNER, SHERIFF. Supreme Court of Kansas.   Certiorari denied.

No. 30, Misc.   McCONAHAY *v.* CALIFORNIA.   Supreme Court of California.   Certiorari denied.

No. 31, Misc.   BACOM *v.* FLORIDA.   Supreme Court of Florida.   Certiorari denied.   *Robert H. Givens, Jr.* for petitioner.

No. 35, Misc.   REBESKE *v.* MICHIGAN.   Supreme Court of Michigan.   Certiorari denied.

No. 36, Misc.   EBERLE *v.* SWENSON, WARDEN.   Court of Appeals of Maryland.   Certiorari denied.

No. 38, Misc.   VALDEZ *v.* CALIFORNIA ET AL.   Supreme Court of California.   Certiorari denied.

No. 40, Misc.   FIELDS *v.* STEWART, WARDEN.   Supreme Court of Missouri.   Certiorari denied.

No. 41, Misc.   JOHNSON *v.* UTAH.   Supreme Court of Utah.   Certiorari denied.

No. 43, Misc.   NICHOLSON *v.* RAGEN, WARDEN.   Circuit Court of Winnebago County, Illinois.   Certiorari denied.